FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 22 2004

at  1  o'clock and  32  min.  ___ M.
WALTER A.Y.H. CHINN, CLERK

EDWARD H. KUBO, JR.        2499
United States Attorney
District of Hawaii

FLORENCE T NAKAKUNI        2286
Chief, Narcotics Section

MICHAEL K. KAWAHARA        1460
Assistant U.S. Attorney
Room 6-100, Federal Building
300 Ala Moana Blvd.
Honolulu, HI 96850

Attorneys for Plaintiff United
States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. NO. CR04 00480 SOM |
| Plaintiff, | INDICTMENT (21 U.S.C. 846, 841(a)(1), 841(b)(1)(A) |
| VS. | |
| HAROLD CABBAB, JR., | |
| Defendant. | |

## INDICTMENT

The Grand Jury charges that:

During the period in or about October 2004 up through and including on or about December 10, 2004 in the District of Hawaii, defendant HAROLD CABBAB, JR., knowingly and intentionally attempted to possess with intent to distribute five-hundred (500) grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance,

In violation of Title 21, United States Code, Sections 846,

841(a)(1), and 841(b)(1)(A).

    DATED: Honolulu, Hawaii, December 22, 2004.

    A TRUE BILL

    /S/

    _____
    GRAND JURY FOREPERSON

EDWARD H. KUBO, JR.
United States Attorney

By _____
FLORENCE T. NAKAKUNI
Chief, Narcotics Section

_____
MICHAEL K. KAWAHARA
Assistant U.S. Attorney

USA v. Cabbab, USDC-Hawaii, Indictment.

2